## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| **KSTP-TV, LLC and KSTC-TV, LLC** | ) |
| | ) |
| **Plaintiff/Counterclaim Defendants,** | ) |
| | ) |
| vs. | ) Civil Action No.: 3:20-cv-267-RLY-MPB |
| | ) |
| | ) |
| **ELECTRONICS RESEARCH, INC.** | ) |
| | ) |
| **Defendant/Counterclaimant.** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs KSTP-TV, LLC and KSTC-TV, LLC, by counsel, and Defendant Electronics Research, Inc., by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate, agree, and represent to the Court that the matters in controversy in this Cause, including all claims and counterclaims, have been compromised and settled. The parties, therefore, stipulate and agree that this Cause should be dismissed with prejudice.

And the Court, being duly advised in the premises, now grants the same. IT IS SO ORDERED, ADJUDGED AND DECREED by the Court this 6th day of July, 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record